IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:02-CR-127-F-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLES G. CANADY | ) | |

This matter is before the court on Defendant Charles G. Canady's Motion for Reduction of Sentence [DE-375] under 18 U.S.C. § 3852. In his motion, Mr. Canady contends that he is incorrectly being held accountable for more than 25.2 kilograms of cocaine base, which drug weight denies him the possibility of a reduction in his sentence pursuant to U.S.S.G. Amendment 782. Mr. Canady contends (1) that the court never announced a specific drug quantity at sentence and (2) that the government argued on several occasions only that he was at least accountable for 24.87 kilograms of cocaine base. Mr. Canady seeks to be held accountable only for 24.87 kilograms of cocaine base.

In light of the foregoing, the government is DIRECTED to file a response to Canady's Motion for Reduction of Sentence [DE-375] by August 24, 2015.

SO ORDERED.

This, the 23 day of July, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge