IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:02-CR-127-F-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLES G. CANADY | ) | |

This matter is before the court on Defendant Charles G. Canady's Motion for Reduction of Sentence [DE-375] pursuant to 18 U.S.C. § 3582(c). The court has reviewed the record, the defendant's presentence investigation report ("PSR"), and the sentencing transcripts. During the defendant's original sentencing, the court heard the defendant's objection regarding the drug weight quantity for which the conspiracy was held accountable in the PSR. That objection notwithstanding, the court (1) found that the defendant had helped the conspiracy and (2) adopted the findings of the PSR. The findings of the PSR hold the conspiracy conservatively responsible for the distribution of 79.8 kilograms of crack cocaine. The court sees no reason why it should change that finding. Accordingly, the defendant will be ineligible for a reduction of sentence pursuant to 18 U.S.C. § 3582.

SO ORDERED.

This, the 2 day of September, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge